

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/16/2016

In re  Mercury Signs & Display, Ltd.    §    Case No. 16-30906-H4-11
                                        §
       Debtor                           §    Chapter 11

## ORDER CONFIRMING DEBTOR'S
## SECOND AMENDED PLAN OF REORGANIZATION

Came on for consideration the Debtor's Second Amended Plan of Reorganization (the Plan) pursuant to 11 U.S.C. § 1129(a). After hearing evidence, the Court finds as follows:

1. The Disclosure Statement, the Plan, and a ballot for accepting or rejecting the Plan, have been transmitted to all creditors and parties in interest.

2. Notice of the hearing on confirmation of the Plan has been given in accordance with Title 11, United States Code, the Order of the Court and the Federal and Local Rules of Bankruptcy Procedure.

3. The Disclosure Statement and the Plan comply with all applicable provisions of the Bankruptcy Code and applicable Bankruptcy Rules relating to confirmation. It is therefore

ORDERED and ADJUDGED that:

1. The Disclosure Statement is APPROVED.

2. The Plan, which is set out as Exhibit "A" hereto is hereby CONFIRMED under 11 U.S.C. § 1129(a) with the following modification:

"The Comptroller shall retain its statutory tax lien until all payments are made pursuant to the Plan."

3. Exhibit "B" hereto sets out the plan payment schedule.

4. In accordance with Section 1142 of the United States Bankruptcy Code, the Debtor is authorized and directed, without the necessity of any further approval, to immediately take any

action necessary or appropriate to implement, effectuate, and consummate the Plan and any transactions contemplated thereby or by this Order in accordance with their respective terms.

5. Reorganized Debtor shall timely pay post-confirmation quarterly fees assessed pursuant to 28 U.S.C. § 1930(a)(6) until such time as this Bankruptcy Court enters a final decree closing this Chapter 11 case, or enters an order either converting the case to a case under Chapter 7 or dismissing this case. After confirmation, Reorganized Debtor shall file with the Bankruptcy Court and shall serve on the United States Trustee a financial report for each quarter, or portion thereof, that this Chapter 11 case remains open in a format prescribed by the United States Trustee.

SIGNED the 15th day of December, 2016.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE